FILED
August 21, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      )<br>          Plaintiff, )<br>    )<br>v.    )<br>    )<br>JESSE ROBERT CORRAL, )<br>    )<br>          Defendant.   ) | Case No. CR. S-07-0304 MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JESSE ROBERT CORRAL</u>, Case No. <u>CR. S-07-0304 MCE</u>, Charge <u>Title 21 USC §§ 846; 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    X  Bail Posted in the Sum of $ <u>170,000.00 secured by property posted.</u>

        X  Unsecured Appearance Bond <u>until property is posted.</u>

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        X  (Other) <u>Pretrial Services Supervision of conditions of release.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 21, 2007</u> at <u>2:40</u> pm.

                          By   <u>/s/ Dale A. Drozd</u>
                                      Dale A. Drozd
                                      United States Magistrate Judge