C. EMMETT MAHLE, SB#121931
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646

Attorney for Defendant
JESSE CORRAL

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**, | Case No.: Cr. 07-0304-MCE
Plaintiff, | WAIVER OF DEFENDANT'S APPEARANCE.
vs. |
**JESSE CORRAL,** |
Defendant |

Defendant JESSE CORRAL hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.  Defendant hereby requests the court to proceed during each every absence of his which the court may permit pursuant to this waiver; agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in his absence.

//

//

//

WAIVER OF DEFENDANT'S PRESENCE

- 1

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. Section 3161-3174 (Speedy Trial Act), and has authorized his attorney to set times and delays under the provisions of that act without the defendant being present.

Dated: March 18, 2008                                /s/
                                     JESSE CORRAL
                                     Client

Dated: March 18, 2008                                /s/
                                     C. EMMETT MAHLE
                                     Attorney for Jesse Corral

### O R D E R

The Court, having read and considered the "Waiver of Appearance", and finding good cause therefore, such waiver is accepted by the Court.

**IT IS ORDERED**

Dated: March 18, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

WAIVER OF DEFENDANT'S PRESENCE

- 2