```
C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JESSE ROBERT CORRAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JESUS MARCELINO GARCIA, and<br><br>JESSE ROBERT CORRAL,<br><br>  Defendants. | Case No.: CR.S-07-00304 MCE<br><br>STIPULATION AND (PROPOSED) ORDER AMENDING DEFENDANT CORRAL'S CONDITIONS OF RELEASE |

STIPULATION

On July 17, 2010, the defendant Jesse Corral submitted a positive drug test for methamphetamine to Pretrial Services Officer Becky Fidleman. Based on this positive test result, it is hereby stipulated by AUSA Jason Hitt, defense attorney C. Emmett Mahle and Pretrial Services Officer Becky Fidleman that the conditions of release for defendant Corral be amended to include drug treatment. All parties hereby agree and stipulate to amend defendant Jesse Robert Corral's previous conditions of release to include the following, which shall be condition #10:

"10. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer."

//

//

- 1 -

| | |
|---|---|
| DATED:   8-9-10 | /s/ C. Emmett Mahle<br>C. EMMETT MAHLE<br>Attorney for Defendant<br>JESSE ROBERT CORRAL |
| DATED:   8-9-10 | /s/ Jason Hitt<br>JASON HITT<br>Assistant U.S. Attorney |

(PROPOSED) ORDER

Defendant Jesse Robert Corral's conditions of release are hereby amended to include the following, which shall be condition #10:

"10. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer."

DATED:  8/10/10

DALE A. DROZD
U.S. District Magistrate Judge