**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

**PRETRIAL SERVICES VIOLATION PETITION**


The United States,                                              **Docket No.**  2:07-CR-304-KJM

   -vs-
Jesse Robert Corral
--------------------------


**COMES NOW**  _Rebecca A. Fidelman,_ Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of_Jesse Corral_, who was placed on bond by the _Honorable Dale A. Drozd, U.S. Magistrate Judge_, sitting in the Court at _Sacramento, California_, on the _21st_ day of_August_, 2007, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court, and also imposed special terms and conditions as follows:


**OFFENSE:** 21:841(a)(1), 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Methamphetamine; 21:841(a)(1) - Distribution of Cocaine. The defendant's next court appearance before the Honorable Kimberly J. Mueller is set for May 19, 2011.


**BOND CONDITIONS**: The defendant was ordered released on a $170,000 collateral bond with Pretrial Services supervision and special conditions of release.   Please see attached


 **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On April 18, 2011, Mr. Corral submitted a positive, dilute test for the use of amphetamine/methamphetamine.


**PRAYING THAT THE COURT WILL ORDER** the matter placed on Your Honor's calendar on, Wednesday, April 27, 2011, at 2:00  p.m., and order the Pretrial Services officer to notify the defendant and/or his attorney of record to advise them of said date.


**LAST KNOWN ADDRESS:**  On file with Pretrial Services.


**TELEPHONE NUMBER:**    On file with Pretrial Services.


I declare under penalty of perjury that the foregoing is true and correct.


                                        Respectfully submitted,

                                        /s/
                                        Rebecca A. Fidelman
                                        U.S. Pretrial Services Officer
                                        Date: April 25, 2011

Pretrial Services Violation Petition - page 2

## **ORDER**

_____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $_____.

_____ The Court hereby orders this ex parte motion and order be sealed.

_____ The Court orders a summons be issued with an appearance date of _____.

 **xx** The Court hereby orders this matter placed on this court's calendar on, **Wednesday, April 27, 2011**, at **2:00** p.m., and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.

_____ The Court orders no action be taken.


Considered and ordered this 25th day of
April 2011, and ordered filed and
made a part of the records in the above case.


_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Corral, Jesse
Pretrial Services Violation Petition - page 3

**SPECIAL CONDITIONS:**

1.      You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2.      You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3.      You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4.      Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5.      You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6.      You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

7.      You shall submit to drug or alcohol testing as approved by the pretrial services officer;

8.      You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9.      You shall not associate or have any contact with the co-defendants in this case unless in the presence of defense counsel.

10.     You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer;

Amended:  August 10, 2010

**CHRONOLOGY OF EVENTS:**

On November 29, 2010, a violation petition was filed with the U.S. District Court alleging the defendant submitted three positive tests for methamphetamine.  On December 2, 2010, Mr. Corral appeared before Your Honor for a bail violation hearing.  On this date, Your Honor admonished the defendant, and after consideration, Mr. Corral  was continued on his release under the same conditions as previously imposed.