Tim A. Pori (SBN 189270)
John F. Baumgardner (SBN 275674)
THE LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004
Facsimile: (707) 644-7528

**FILED**

APR 2 4 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorney for Defendant JESSE CORRAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) NO. CR07-00304 KJM
                                    )
                Plaintiff,          ) **STIPULATION AND [PROPOSED]**
                                    ) **PERMITTING TEMPORARY RELEASE TO**
        v.                          ) **ATTEND A FAMILY MEMBER FUNERAL**
                                    )
JESSE CORRAL,                       )
                                    )
                Defendant.          ) Judge: Hon. Kimberly J. Mueller
                                    )

Defendant JESSE CORRAL, by and through his counsel, TIM A. PORI, and the United States Government, by and through its counsel, JASON HITT, Assistant United States Attorney, hereby stipulate to the following:

It has been agreed by all parties for a temporary release of Mr. Corral from Wednesday, April 25, 2012, at 8:30 a.m. to April 26, 2011 at 6:00 p.m. to attend the funeral of his maternal grandmother, Perfie Ramirez. Mr. Corral is currently in custody at the Sacramento County Jail awaiting resolution of the above case; the matter is next scheduled for April 25, 2012 for status conference.

Perfie Ramirez passed away on April 19, 2012. The visitation and vigil are scheduled for April 25, 2012 at the DeYoung Memorial Chapel located on 601 California Street, Stockton, California 95202, phone number (209) 466-8075, from 11:00 a.m. to 7:00 p.m. The mass is scheduled for April 26, 2012, at 11:30 a.m. at the Cathedral of the Annunciation located on 425 West Magnolia Street, Stockton, California 95203. The burial will follow at the San Joaquin Catholic Cemetery located at 719 East Harding Way Stockton, CA. 95204.

The Law Office of Tim A. Pori has arranged for Mr. Corral's Mother, Ms. Diane Ramirez, to accompany Mr. Corral. Pursuant to discussions with the U.S. Marshal, Ms. Ramirez will pick up Mr. Corral at the U.S. Marshal's Office in the courthouse, transport him to the viewing, rosary, funeral service, and burial, as well as provide lodging to Mr. Corral and return him to the U.S. Marshal's Office. Mr. Corral will remain in the custody and control of Ms. Ramirez during the entire time of his release and will return back to the jail on or before 6:00 p.m. on April 26, 2012.

DATED: April 24, 2012.

Respectfully submitted,

THE LAW OFFICES OF TIM A. PORI

/s/ Tim A. Pori
TIM A. PORI
Attorney for Defendant JESSE CORRAL

DATED: April 24, 2012.

BENJAMIN WAGNER
United States Attorney

/s/ Jason Hitt (Authorized 4/23/2012)
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: April 24, 2012

United States District Judge