**Tim A. Pori (SBN 189270)**
**John F. Baumgardner (SBN 275674)**
THE LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, California 94590
Telephone: (707) 644-4004
Facsimile: (707) 644-7525

Attorney for Defendant
JESSE ROBERT CORRAL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESSE ROBERT CORRAL, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR. S-07-0304-KJM <br><br> **STIPULATION AND ORDER FOR RELEASE OF PROPERTY POSTED FOR APPEARANCE BOND** |

The parties hereby stipulate that the Clerk of the Court reconvey the property located at 2248 South Union Street, Stockton, CA 95206 that Ms. Diane Ramirez, Defendant Corral's mother, conveyed to the District Court to secure the appearance bond in this case.

Ms. Diane Ramirez, Defendant Corral's mother, conveyed the the property located at 2248 South Union Street, Stockton, CA 95206 to the District Court to secure the appearance bond in this case.  That Defendant Corral was ordered to be committed to the custody of the Attorney General and is being detained at the Sacramento County Jail.  Due to the fact that Defendant Corral has been detained which secures his appearance, the the property located at 2248 South Union Street, Stockton, CA 95206 conveyed by Ms. Diane Ramirez is no longer required to secure the appearance bond in this case.

//

Therefore, the parties have stipulated that the Clerk of the Court reconvey the property located at 2248 South Union Street, Stockton, CA 95206 that Ms. Diane Ramirez, Defendant Corral's mother, conveyed to the District Court to secure the appearance bond in this case.

Dated:  August 6, 2012

Respectfully submitted,

THE LAW OFFICES OF TIM A. PORI

 /s/ Tim A. Pori
TIM A. PORI
Attorney for Defendant CORRAL

Dated: August 6, 2012

 /s/ Jason Hitt (Authorized 8/6/2012)
JASON HITT
Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED that the Clerk of the Court reconvey the property located at 2248 South Union Street, Stockton, CA 95206 that Ms. Diane Ramirez, Defendant Corral's mother, conveyed to the District Court to secure the appearance bond in this case.

Dated:  August 7, 2012.

UNITED STATES DISTRICT JUDGE